IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

        Plaintiff,                     No. 2:09-cv-2294-JFM (PC)

    vs.

CAPTAIN D. MANTEL, et al.,

        Defendants.            ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil action on the form for filing a petition for writ of habeas corpus in a California state court. Upon review of the petition, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the filing fee of $350.00 for a civil rights action nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1   Plaintiff's claims concern the conditions of his confinement at Salinas Valley
2   State Prison in Monterey County, which is in the Northern District of California.  Although it is
3   not entirely clear, it appears that none of the defendants reside in this district.  As noted above,
4   the claims arose in Monterey County, which is in the Northern District of California.  Therefore,
5   plaintiff's claim should have been filed in the United States District Court for the Northern
6   District of California.  In the interest of justice, a federal court may transfer a complaint filed in
7   the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d
8   918, 932 (D.C. Cir. 1974).
9   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
10  United States District Court for the Northern District of California.
11  DATED: October 8, 2009.

UNITED STATES MAGISTRATE JUDGE

12
duke2294.22